DISMISS and Opinion Filed November 28, 2018



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-18-00114-CV

_____

### SABRINA COLEMAN, Appellant
### V.
### DALLAS HOUSING AUTHORITY, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06577-E**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Whitehill

Appellant's brief is overdue. On May 24, 2018, after appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed within thirty days. By postcard dated June 27, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Bill Whitehill/
_____
BILL WHITEHILL
JUSTICE

180114F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SABRINA COLEMAN, Appellant

No. 05-18-00114-CV     V.

DALLAS HOUSING AUTHORITY,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-17-06577-E.
Opinion delivered by Justice Whitehill.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS HOUSING AUTHORITY recover its costs of this appeal from appellant SABRINA COLEMAN.


Judgment entered November 28, 2018.